**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>YVONNE DELANE<br>1113 TWO NOTCH DR<br>LAMAR, SC  29069<br><br>DEBTOR<br><br>SS#1: XXX-XX-7417 | CHAPTER 13<br><br>CASE NO.:  05-02192-dd |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Joy S. Goodwin, Trustee for the above referenced case is Check No. 807914 in the amount of $453.98 representing monies designated as dividends to creditors as follows:

CREDITOR NAME:        FIRST AMERICAN INVESTMENT COLL
CLAIM #:              23
REASON FOR RETURN:    Returned Mail
AMOUNT:               $453.98


Date: January 14, 2010

/s/  Joy S. Goodwin, Chapter 13 Trustee
1813 Laurel Street
Columbia, SC 29201
Phone: (803) 779-5180
Fax:    (803) 765-0167
E-mail: pleadings@ch13trustee.net